IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-09-1869 |
| | § | |
| DRY AIR MINNESOTA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER OF PENDING DISMISSAL**

This action has not been answered within the time required after service of process. Fed. R. Civ. P. Rule 12(a). When 60 days have passed from the date an answer was due without any action by the plaintiff, the local rules allow the court summarily to dismiss an action.

This notice is to inform you that if the appropriate motions have not been filed by September 30, 2009, this case will be dismissed, without prejudice.

SIGNED on September 8, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge