IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OWNERS INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1869 |
| | § | |
| DRY AIR MINNESOTA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In accordance with the parties' stipulation, this case is dismissed with prejudice.

SIGNED on February 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge